■ WILLIAM ROSSI et al., Appellants, v DONALD H. BOEHNER, Respondent.—In an action to recover damages for legal malpractice, plaintiffs appeal from an order of the Supreme Court,

Kings County (Aronin, J.), dated January 31, 1985, which, *inter alia,* granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs.

We agree with Special Term that the circumstances herein do not constitute a basis for departing from the general rule that "absent privity of contract, the simple omission by an attorney to prepare a new will or codicil naming a new beneficiary of some part of the decedent's estate does not, by itself, render the attorney liable to the alleged beneficiary" *(Victor v Goldman,* 74 Misc 2d 685, 686, *affd* 43 AD2d 1021). As we recently noted, "privity remains a viable factor in legal malpractice cases in this State" *(Calamari v Grace,* 98 AD2d 74, 79). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.